# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DERENZO DESHON PRESTON**  
ADC #161380

**PLAINTIFF**

v.  No: 3:19-cv-190 DPM

**ALEX DRAUGHN**, Corporal, Mississippi
County Work Release (MCWR); **NICHOLAS
L. NARACON**, Captain, MCWR; **MISTY
WHITE**, Warden, MCWR; **WENDY KELLY**,
Director, ADC

**DEFENDANTS**

## ORDER

**1.** The Court withdraws the reference.

**2.** Preston hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 5. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019