# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DERENZO DESHON PRESTON                                    PLAINTIFF
ADC #161380

v.                    No: 3:19-cv-190 DPM

ALEX DRAUGHN, Corporal, Mississippi
County Work Release (MCWR); NICHOLAS
L. NARACON, Captain, MCWR; MISTY
WHITE, Warden, MCWR; WENDY KELLY,
Director, ADC                                             DEFENDANTS

## JUDGMENT

Preston's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 August 2019